# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

## PA 1-982-831

**Effective Date of Registration:**
March 14, 2016

---

## Title

| | |
|---|---|
| **Title of Work:** | London Has Fallen |
| **Previous or Alternate Title:** | Olympus Has Fallen Sequel |
| **Nature of Claim:** | original motion picture |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | March 04, 2016 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | LHF Productions, Inc. |
| **Author Created:** | entire film |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | LHF Productions, Inc.<br>318 N. Carson St., # 208, Carson City, NV 89701 |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | motion picture screenplay |
| **Previously registered:** | Yes |
| **Previous registration and year:** | PAu 3-789-521, 2014 |
| **Basis of current registration:** | This is a changed version of the work. |
| **New material included in claim:** | cinematographic material including performance, and all audio and visual elements |

## Certification

| | |
|---|---|
| **Name:** | Rick Eyler |

Date:    March 04, 2016

Correspondence:    Yes



# EXHIBIT B

| No | IP | Hit Date UTC | File Name | File Hash | ISP | Region | City | Province |
|---|---|---|---|---|---|---|---|---|
| 1 | 67.173.179.238 | 2016-05-02 00:03:34 | London.Has.Fallen.2016.720p.HC.HDRip.750MB.MkvCage.mkv | SHA1: 3DAAD5C4A9E96E8229E553877CC4B79CE1E4E6A3 | Comcast Cable | Illinois | Chicago | Cook |
| 2 | 24.1.170.100 | 2016-05-02 00:10:48 | London.Has.Fallen.2016.720p.HC.HDRip.750MB.MkvCage.mkv | SHA1: 3DAAD5C4A9E96E8229E553877CC4B79CE1E4E6A3 | Comcast Cable | Illinois | Chicago | Cook |
| 3 | 73.22.200.81 | 2016-05-02 00:18:31 | London.Has.Fallen.2016.720p.HC.HDRip.750MB.MkvCage.mkv | SHA1: 3DAAD5C4A9E96E8229E553877CC4B79CE1E4E6A3 | Comcast Cable | Illinois | Bolingbrook | Will |
| 4 | 24.1.60.199 | 2016-05-02 00:22:29 | London.Has.Fallen.2016.720p.HC.HDRip.750MB.MkvCage.mkv | SHA1: 3DAAD5C4A9E96E8229E553877CC4B79CE1E4E6A3 | Comcast Cable | Illinois | Chicago | Cook |
| 5 | 76.16.245.217 | 2016-05-02 00:35:16 | London.Has.Fallen.2016.720p.HC.HDRip.750MB.MkvCage.mkv | SHA1: 3DAAD5C4A9E96E8229E553877CC4B79CE1E4E6A3 | Comcast Cable | Illinois | Lockport | Will |
| 6 | 73.22.68.119 | 2016-05-02 00:35:44 | London.Has.Fallen.2016.720p.HC.HDRip.750MB.MkvCage.mkv | SHA1: 3DAAD5C4A9E96E8229E553877CC4B79CE1E4E6A3 | Comcast Cable | Illinois | Hinsdale | DuPage |
| 7 | 98.206.166.184 | 2016-05-02 01:00:31 | London.Has.Fallen.2016.720p.HC.HDRip.750MB.MkvCage.mkv | SHA1: 3DAAD5C4A9E96E8229E553877CC4B79CE1E4E6A3 | Comcast Cable | Illinois | Chicago | Cook |
| 8 | 24.15.102.204 | 2016-05-02 01:27:48 | London.Has.Fallen.2016.720p.HC.HDRip.750MB.MkvCage.mkv | SHA1: 3DAAD5C4A9E96E8229E553877CC4B79CE1E4E6A3 | Comcast Cable | Illinois | Shorewood | Will County |
| 9 | 73.50.187.173 | 2016-05-02 02:24:54 | London.Has.Fallen.2016.720p.HC.HDRip.750MB.MkvCage.mkv | SHA1: 3DAAD5C4A9E96E8229E553877CC4B79CE1E4E6A3 | Comcast Cable | Illinois | Chicago | Cook |
| 10 | 67.173.94.170 | 2016-05-02 02:37:15 | London.Has.Fallen.2016.720p.HC.HDRip.750MB.MkvCage.mkv | SHA1: 3DAAD5C4A9E96E8229E553877CC4B79CE1E4E6A3 | Comcast Cable | Illinois | Aurora | DuPage |
| 11 | 67.162.19.39 | 2016-05-02 02:59:46 | London.Has.Fallen.2016.720p.HC.HDRip.750MB.MkvCage.mkv | SHA1: 3DAAD5C4A9E96E8229E553877CC4B79CE1E4E6A3 | Comcast Cable | Illinois | Sterling | Whiteside |
| 12 | 98.228.18.8 | 2016-05-02 03:45:02 | London.Has.Fallen.2016.720p.HC.HDRip.750MB.MkvCage.mkv | SHA1: 3DAAD5C4A9E96E8229E553877CC4B79CE1E4E6A3 | Comcast Cable | Illinois | Addison | DuPage |
| 13 | 71.201.32.191 | 2016-05-02 06:00:05 | London.Has.Fallen.2016.720p.HC.HDRip.750MB.MkvCage.mkv | SHA1: 3DAAD5C4A9E96E8229E553877CC4B79CE1E4E6A3 | Comcast Cable | Illinois | Lombard | DuPage |
| 14 | 98.212.49.197 | 2016-05-02 06:17:54 | London.Has.Fallen.2016.720p.HC.HDRip.750MB.MkvCage.mkv | SHA1: 3DAAD5C4A9E96E8229E553877CC4B79CE1E4E6A3 | Comcast Cable | Illinois | Skokie | Cook |
| 15 | 73.246.234.48 | 2016-05-02 06:19:06 | London.Has.Fallen.2016.720p.HC.HDRip.750MB.MkvCage.mkv | SHA1: 3DAAD5C4A9E96E8229E553877CC4B79CE1E4E6A3 | Comcast Cable | Illinois | Plainfield | Will |
| 16 | 98.213.131.102 | 2016-05-02 06:22:24 | London.Has.Fallen.2016.720p.HC.HDRip.750MB.MkvCage.mkv | SHA1: 3DAAD5C4A9E96E8229E553877CC4B79CE1E4E6A3 | Comcast Cable | Illinois | Belvidere | Winnebago |
| 17 | 98.223.182.136 | 2016-05-02 06:34:53 | London.Has.Fallen.2016.720p.HC.HDRip.750MB.MkvCage.mkv | SHA1: 3DAAD5C4A9E96E8229E553877CC4B79CE1E4E6A3 | Comcast Cable | Illinois | Chicago | Cook |
| 18 | 71.201.217.13 | 2016-05-02 18:14:47 | London.Has.Fallen.2016.720p.HC.HDRip.750MB.MkvCage.mkv | SHA1: 3DAAD5C4A9E96E8229E553877CC4B79CE1E4E6A3 | Comcast Cable | Illinois | Chicago | Cook |
| 19 | 73.247.212.19 | 2016-05-02 19:28:54 | London.Has.Fallen.2016.720p.HC.HDRip.750MB.MkvCage.mkv | SHA1: 3DAAD5C4A9E96E8229E553877CC4B79CE1E4E6A3 | Comcast Cable | Illinois | Skokie | Cook |
| 20 | 71.194.253.119 | 2016-05-02 21:23:45 | London.Has.Fallen.2016.720p.HC.HDRip.750MB.MkvCage.mkv | SHA1: 3DAAD5C4A9E96E8229E553877CC4B79CE1E4E6A3 | Comcast Cable | Illinois | Wheaton | Will |
| 21 | 98.227.232.226 | 2016-05-02 21:47:49 | London.Has.Fallen.2016.720p.HC.HDRip.750MB.MkvCage.mkv | SHA1: 3DAAD5C4A9E96E8229E553877CC4B79CE1E4E6A3 | Comcast Cable | Illinois | Chicago Heights | Cook |
| 22 | 73.208.199.201 | 2016-05-02 22:00:31 | London.Has.Fallen.2016.720p.HC.HDRip.750MB.MkvCage.mkv | SHA1: 3DAAD5C4A9E96E8229E553877CC4B79CE1E4E6A3 | Comcast Cable | Illinois | Chicago | Cook |
| 23 | 73.22.28.186 | 2016-05-02 23:35:45 | London.Has.Fallen.2016.720p.HC.HDRip.750MB.MkvCage.mkv | SHA1: 3DAAD5C4A9E96E8229E553877CC4B79CE1E4E6A3 | Comcast Cable | Illinois | Naperville | DuPage |
| 24 | 98.193.96.146 | 2016-05-02 23:41:55 | London.Has.Fallen.2016.720p.HC.HDRip.750MB.MkvCage.mkv | SHA1: 3DAAD5C4A9E96E8229E553877CC4B79CE1E4E6A3 | Comcast Cable | Illinois | Chicago | Cook |