IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LHF PRODUCTIONS, INC., | )<br>) |
| Plaintiff, | ) Case No.: 16-cv-7681<br>) |
| v. | )<br>) Judge Matthew F. Kennelly |
| DOES 1- 24, | )<br>) |
| Defendants. | ) |

**PLAINTIFF'S NOTICE OF SETTLEMENT AND**
**MOTION TO VACATE ORDER OF NOVEMBER 28, 2016**

Plaintiff LHF Productions, Inc., provides the following notice of settlement and in support of its Motion to Vacate the Order of November 28, 2016, states as follows:

1. On or about October 4, 2016, one of the Doe defendants in this case, Alimaa Purev, (hereinafter "Ms. Purev") filed her "Motion to Quash and Vacate [Subpoena] of Alimaa Purev." See: Motion, Dkt. # 20.

2. Pursuant to a briefing schedule set by this Court, Plaintiff responded to the Motion to Quash on October 26, 2016. Dkt. # 25. Ms. Purev's Motion to Quash was set to be heard on November 29, 2016.

3. In mid-November 2016, Plaintiff and Ms. Purev negotiated a settlement of this case. Plaintiff submitted a copy of the settlement agreement to Ms. Purev by mail on November 16, 2016. Plaintiff's counsel subsequently received the fully-executed settlement agreement from Ms. Purev on November 28, 2016. Plaintiff expected to inform the Court about the settlement during the status/ruling hearing set for November 29, 2016.

4. Late on November 28, 2016, the Court struck the hearing date of November 29, 2016, and ordered Plaintiff to file a supplemental response to the Motion to Quash no later than December 16, 2016. Dkt. # 31.

1

5.    Plaintiff submits that, in light of the settlement agreement previously reached by Plaintiff and Ms. Purev, Ms. Purev's Motion to Quash is moot.

6.    If the Court still wants Plaintiff to file a supplemental response to the Motion to Quash by December 16, 2016 to address the issues raised by the Court in the November 29, 2016 Order, Plaintiff certainly remains willing to do so. However, Plaintiff would be remiss not to bring the previous resolution of this matter with Ms. Purev to the Court's attention.

WHEREFORE, Plaintiff LHF Productions, Inc. moves this Honorable Court to vacate the Order of November 28, 2016, if the Court considers that appropriate.

Dated: December 2, 2016        Respectfully submitted,

                                        LHF PRODUCTIONS, INC.

By:    s/ Michael A. Hierl
        Michael A. Hierl (Bar No. 3128021)
        Mark A. Cisek (Bar No. 6242683)
        Hughes Socol Piers Resnick & Dym, Ltd.
        70 W. Madison Street, Suite 4000
        Chicago, Illinois 60602
        (312) 580-0100 Telephone
        (312) 580-1994 Facsimile
        Attorneys for Plaintiff
        LHF Productions, Inc.

## CERTIFICATE OF SERVICE

      The undersigned attorney hereby certifies that a true and correct copy of the foregoing was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on December 2, 2016, and by U.S. Mail on December 2, 2016 to:

Alimaa Purev
2126 W. Roosevelt Road
Apt. 509
Wheaton, IL 60187

                                                               s/Michael A. Hierl